**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UBER TECHNOLOGIES, INC., RASIER-NY LLC, and LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Plaintiffs,

v.

GEORGETTE POWELL, OMAR ZAVIER ALLEN, KEVAR TAYLOR, SHAMARIE LIVINGSTON, ANELKA RICARDO GREEN, KONATO RASHIDI CAMPBELL, DIYONTA BALFOUR, VIVIAN MARSHALL, RENATO CAMPBELL, KEENO H. MORRISON, SHANTIA WITTINGHAM, DWAYNE HYDE, SHEDAH JAMES, ODEAN SAMUELS, ACCUCARE SOLUTIONS INC., ADVANCED ORTHO DME CORP., LIBERTY MD, LLC, MEDICAL SUPPLY OF NY DIRECT SERVICES CORP., ORTHO MED SPA, INC., ROCKAWAY BLVD PHARMACY, SIMEON ISAACS, M.D., and SUPER ASSOCIATES P.C.,

Defendants.

Case No. 2:26-cv-02195-JMW

**NOTICE OF DISMISSAL OF DEFENDANT SUPER ASSOCIATES P.C.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Uber Technologies, Inc., Rasier-NY LLC, and Liberty Mutual Fire Insurance Company hereby submit this notice of dismissal without prejudice as to Defendant Super Associates P.C. only. All parties shall bear their own fees and costs. Kindly mark this case VOLUNTARILY DISMISSED without prejudice as to Super Associates P.C. only.

Dated: New York, New York.
April 16, 2026

Respectfully submitted,

PERKINS COIE LLP

By: */s/ David W. T. Daniels*

David W. T. Daniels
700 Thirteenth Street NW
Washington, DC 20005-3960
Tel: +1.202.654.6200
Fax: +1.202.654.6211
DDaniels@perkinscoie.com

Jacob J. Taber
William P. Wilder
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Tel: +1.212.262.6900
Fax: +1.212.977.1649
JTaber@perkinscoie.com
WWilder@perkinscoie.com

Counsel for Plaintiffs Uber Technologies, Inc. and Rasier-NY, LLC

MARSHALL DENNEHY, P.C.

By: ______________________

Lucinda E. C. James
Wall Street Plaza
88 Pine Street – 29th Floor
New York, NY 10005
Tel: +1.212.376-6400
Fax: +1.212.376-6490
LEJames@MDWCG.com

Counsel for Plaintiff Liberty Mutual Fire Insurance Company